IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>GREGG M. AMORE, in his official capacity as Secretary of State for the State of Rhode Island,<br><br>        Defendant. | Civil No.   1:25-cv-00639 |

## ORDER TO COMPEL PRODUCTION

Upon the Motion to Compel by the United States of America, the supporting Memorandum of Law, the supporting Declaration, and the arguments presented by counsel at hearing, it is hereby ORDERED:

1. That the above-named Defendant shall produce, pursuant to 52 U.S.C § 20701, et seq., within 5 days of the date of this Order, the Rhode Island Statewide Voter Registration List containing the name, date of birth, Driver's license number/state ID or the last 4 digits of the social security number or other HAVA required unique identifier of each registrant as required by HAVA

2. That a copy of this Order be served upon Defendant Gregg Amore, Rhode Island Secretary of State, by email and U.S. mail to State House, Room 218, Providence, RI 02903.

Entered this __ day of _____ 2025.

                                          BY THE COURT:

                                          _____