Exhibit 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>GREGG M. AMORE, in his official capacity as Secretary of State for the State of Rhode Island,<br><br>  Defendant. | Case No. 1:25-cv-00639<br>(Hon. Mary McElroy) |

**DECLARATION OF JULIA SANCHES**

I, Julia Sanches, hereby declare as follows:

1) I have personal knowledge of the matters in this declaration and this is what I would testify to if called as a witness in Court.

2) I am 37 years old and am otherwise competent to testify.

3) I reside in Providence, Rhode Island with my partner.

4) I work as a translator of Spanish, Portuguese, and Catalan literature into English.

5) I am originally from Sao Paulo, Brazil.  I came to the United States in March 1988 when I was three months old.  I left the United States to live in Mexico when I was eight years old, and over the next seventeen years, lived in Mexico, Switzerland, Scotland, Spain, and the United States for various lengths of time.  I returned to the United States permanently when I was twenty-five to work in publishing.

6) I can definitively say that I decided to become a naturalized citizen to be able to vote.  I believe in the democratic process and civic engagement.  My parents came of age during the military dictatorship in Brazil and left prior to the democratization process.  As a result,

they were not able to vote for most of their lives.  Like them, I have also spent most of my life living in places where I could not participate in civic life due to my lack of citizenship.

7) I became naturalized in July 2020, specifically to be able to vote in the 2020 election.  I was very enthusiastic to become a citizen.  My first vote was the 2020 election, and I remember feeling excited as I cast it.

8) I am concerned that the current Presidential administration will try to suppress votes.  I understand that they have publicly floated the idea of de-naturalizing citizens.  I want to exercise my rights as a citizen, but I am worried that some in power do not share my views on the rights of naturalized citizens.

9) When I learned that the Department of Justice requested voter records from Rhode Island, including with sensitive data, I became concerned about how they might use these lists.  I believe that recently-naturalized citizens like me may be more vulnerable than other groups of voters to false allegations about illegal voting.

10) I care about the privacy of my personal data and about the integrity of the electoral system.  I believe that we should make the electoral process more welcoming to every eligible voter and make sure that voters are not intimidated from exercising their rights.  I also believe that eligible voters should not be removed from registration lists.

11) I feel strongly that modern U.S. is built on immigrants, who deserve to feel like a part of the country.  Naturalized citizens are people who have chosen to live here and people for whom the right to cast a ballot here is particularly important.  They typically have more faith in the American system than many American-born citizens.  They deserve a chance to participate in civic life through voting.

I declare under penalty of perjury that the foregoing is true and correct.


Executed December 8th, 2025, in Providence, Rhode Island.

Julia Sanches