**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-cv-00639 |
| DEFENDANT | TYPE OF PROCESS |
| Gregg M. Amore, in his official capacity as Secretary of State of Rhode Island | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Peter F. Neronha, Rhode Island Office of the Attorney General

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
150 South Main Street, Providence, RI 02903

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James Thomas Tucker<br>150 M Street NE, RM 8.923<br>Washington, D.C. 20002 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

/s/ James Thomas Tucker

TELEPHONE NUMBER: (202) 598-9232

DATE: 12/8/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 70 | District to Serve No. 70 | Signature of Authorized USMS Deputy or Clerk SC | Date 12/9/2025 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Attorney Matt Shaw, Rhode Island Office of the Attorney General | 12/09/2025 | 12:30 | [X] pm |

Address (complete only different than shown above)

180 South Main Street, Providence RI, 02903

Signature of U.S. Marshal or Deputy

*Matt Bezanson*

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

1 Deputy
1 Hour
0.8 Miles

**RECEIVED**
U.S. Marshals Service

DEC - 9 2025

District of Rhode Island

Attorney Matt Shaw, accepted service on behalf of Hon. Peter F. Neronha, Rhode Island Office of the Attorney General.

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-639-MSM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hon. Peter F. Neronha, Rhode Island Office of the Attorney General was received by me on *(date)* 12/09/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Attorney Matt Shaw, Rhode Island Office of the Attorney General, who is designated by law to accept service of process on behalf of *(name of organization)* Hon. Peter F. Neronha Rhode Island Office of the Attorney General on *(date)* 12/09/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/09/2025

*Matt Bezanson*
Server's signature

Matthew Bezanson, Deputy United States Marshal
*Printed name and title*

2 Exchange Terrace, Providence RI, 02903
*Server's address*

Additional information regarding attempted service, etc:

1 Deputy
1 Hour
0.8 Miles