**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-cv-00639 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Gregg M. Amore, in his official capacity as Secretary of State of Rhode Island | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Gregg M. Amore, Rhode Island Department of State, Office of the Secretary of State
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
82 Smith Street, RM 218, Providence, RI 02903

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James Thomas Tucker
150 M Street NE, RM 8.923
Washington, DC 20002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Hon. Gregg M. Amore
State of Rhode Island
Department of State, Office of the Secretary of State
82 Smith Street, Room 218

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
/s/ James Thomas Tucker

TELEPHONE NUMBER: (202) 598-9232
DATE: 12/3/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: —
District of Origin No. 70
District to Serve No. 70
Signature of Authorized USMS Deputy or Clerk: SC
Date: 12/4/2025

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
LeeAnn Byrne   Chief of Staff

Date: 12/05/25   Time: 11:00 ☒ am ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: Matt Nyo[?]

Costs shown on attached USMS Cost Sheet >>

REMARKS
LeeAnn Byrne, Chief of Staff, accepted service on behalf of Hon. Gregg M. Amore.

1 Deputy
1 hour
1.6 miles

RECEIVED
U.S. Marshals Service
DEC 4 2025
District of Rhode Island

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-639-MSM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hon. Gregg M. Amore
was received by me on *(date)* 12/05/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: LeeAnn Byrne, Chief of Staff for the Hon. Gregg M. Amore, served in person.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/05/2025

Matt Bezanson
*Server's signature*

Matt Bezanson  DUSM
*Printed name and title*

2 Exchange Terr. Providence RI 02903
*Server's address*

Additional information regarding attempted service, etc:
1 Deputy
1 Hour
1.6 miles