IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　*Plaintiff*,<br>v.<br><br>GREGG M. AMORE, in his official capacity as Secretary of State for the State of Rhode Island,<br><br>　　*Defendant*. | Case No. 25-cv-00639-MSM-PAS |

### SEIU DISTRICT 1199NE, RHODE ISLAND ALLIANCE FOR RETIRED AMERICANS, CAROLYN BETENSKY, AND MICHAEL "ZACK" MEZERA'S MOTION TO INTERVENE AS DEFENDANTS

SEIU District 1199NE, the Rhode Island Alliance for Retired Americans, Carolyn Betensky, and Michael "Zack" Mezera (collectively, "Proposed Intervenors") move to intervene as Defendants in this case under Federal Rule of Civil Procedure 24(a)(2) and (b).

Proposed Intervenors are registered Rhode Island voters and membership-based organizations with members located in the state. They move to intervene in this action to prevent their and their members' sensitive personal information on Rhode Island's statewide voter list from being handed over to the federal government, as Plaintiff seeks in this action. Proposed Intervenors readily satisfy the standard for intervention as of right under Rule 24(a)(2): this motion is timely; they have a clear

1

interest in ensuring the continued privacy of their and their members' personal information; that interest is directly threatened and could be severely impaired by this suit; and they are not adequately represented by the existing parties in this matter.

Alternatively, Proposed Intervenors should be granted permissive intervention under Rule 24(b) to ensure that Rhode Island voters have a voice in this case, the core subject of which is the disclosure of *their* personal information. At a minimum, Proposed Intervenors will help to develop the issues in this case. And Proposed Intervenors will abide by any schedule ordered by the Court or agreed to by the existing parties—they will not delay this action.

For the reasons set forth in the accompanying memorandum, Proposed Intervenors respectfully request that the Court grant them intervention as of right— or in the alternative grant permissive intervention—to allow them to protect the significant interests they have at stake in this case.

Dated: December 9, 2025

Respectfully submitted,

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
DELUCA, WEIZENBAUM, BARRY & REVENS, LTD.
199 North Main Street
Providence, RI 02903
Telephone: (401) 453-1500
amy@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

David R. Fox*
Robert Golan-Vilella*
Qizhou Ge*

2

Marisa A. O'Gara\*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
dfox@elias.law
rgolanvilella@elias.law
age@elias.law
mogara@elias.law

Walker McKusick\*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
wmckusick@elias.law

*Counsel for Proposed Intervenors*

*\* Pro Hac Vice Applications Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I electronically filed the within motion and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system, and that I provided the same documents by email to: Kathryn M. Sabatini (ksabatini@riag.ri.gov), Civil Division Chief of the Rhode Island Office of the Attorney General.

*/s/ Amy R. Romero*