IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREGG M. AMORE, in his official capacity as Secretary of State for the State of Rhode Island,<br><br>*Defendant*. | Civil Action No. 25-cv-639-MSM-PAS |

**JOINT STIPULATION AND PROPOSED SCHEDULING ORDER**

The parties have conferred and agreed to the following stipulation and proposed schedule regarding Secretary of State Gregg M. Amore's response to the Complaint and Motion to Compel. (ECF Nos. 1-2).

1. The Secretary shall file his motion to dismiss the Complaint and response to the Motion to Compel on or before January 13, 2026.

2. The United States's response to the Secretary's motion to dismiss shall be filed within the time permitted by Local Rule 7(a)(3).

3. The United States's reply to the Secretary's response to the Motion to Compel shall be filed within time permitted by Local Rule 7(a)(4).

4. The Secretary's reply to the United States's response to his motion to dismiss shall be filed within time permitted by Local Rule 7(a)(4).

5. The existing parties further agree that extensions to the foregoing schedule will only be granted in extraordinary circumstances.

WHEREFORE, the parties respectfully request that this proposed schedule be adopted by the Court.

Dated: December 15, 2025          Respectfully submitted,

| | |
|---|---|
| SECRETARY OF STATE GREGG M. AMORE | UNITED STATES OF AMERICA |
| By his counsel, | By its counsel, |
| | /s/ *James T. Tucker* |
| PETER F. NERONHA<br>ATTORNEY GENERAL | Eric Neff<br>Acting Chief, Voting Section |
| */s/ James J. Arguin*<br>James J. Arguin (#10972)<br>Special Assistant Attorney General<br>R.I. Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>Facsimile: (401) 222-3016<br>jarguin@riag.ri.gov | Timothy F. Mellett<br>James Thomas Tucker<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street, NE, Room 8.1132<br>Washington, D.C. 20002<br>Tel. (202) 307-2767<br>Eric.Neff@doj.gov<br>Timothy.F.Mellett@usdoj.gov<br>James.T.Tucker@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

                                                   */s/ James J. Arguin*