

U.S. Department of Justice

Office of Privacy and Civil Liberties

*Washington, D.C. 20530*  *Telephone: (202) 514-0208*

MEMORANDUM

TO:          Nelson Hermilla, Chief
               FOI/PA Branch, Civil Rights Division

FROM:     Joo Y. Chung, Director JYC 10/12/12

SUBJECT:   Initial Privacy Assessment (IPA) Determination
               Component:     Civil Rights Division
               System Name:   Justice Consolidated Office Network (JCON)
               OPCL Number:   645

     Please be advised that the Office of Privacy and Civil Liberties (OPCL) has completed review of the above-captioned IPA. Based upon the IPA and supplemental information provided by the Civil Rights Division, we have determined that:

     1. Pursuant to the requirements of the privacy provisions of the E-Government Act and OMB's implementing guidance (M-03-22), no privacy impact assessment is required for this system because excluding the substantive applications, the information in the system relates to internal government operations.

     2. The directory information and the user and audit log information in this system constitute a system of records under the Privacy Act and accordingly must be covered by a published system of records notice. OPCL considers the directory information to be covered by DOJ-014 (Department of Justice Employee Directory Systems). OPCL considers the user and audit log information to be covered by DOJ-002 (Department of Justice Computer Systems Activity and Access Records).

     3. Because this IPA is limited to JCON without the substantive applications operating on the system, the Civil Rights Division should ensure that all such applications have current privacy documentation, and if they do not, ensure that the Civil Rights Division complete IPAs for them.

     Please note that if this system requires security certification and accreditation (C&A) from DOJ's Office of the Chief Information Officer (CIO), the system manager/owner should now upload a copy of this determination memorandum to the CIO's Cyber Security Assessment and Management (CSAM) C&A Web tool on DOJNet. The uploaded determination memorandum marks the completion of the IPA process in C&A Web.