AO 435
(Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*Please Read Instructions:*

| 1. NAME Christopher J. Gardner | 2. PHONE NUMBER (202) 812-2631 | 3. DATE 3/26/2026 | |
| --- | --- | --- | --- |
| 4. DELIVERY ADDRESS OR EMAIL Christopher.Gardner@usdoj.gov | 5. CITY Washington | 6. STATE DC | 7. ZIP CODE 20002 |

| 8. CASE NUMBER 1:25-cv-639 | 9. JUDGE Judge Mary S. McElroy | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 10. FROM 3/26/2026 | 11. TO 3/26/2026 |
| 12. CASE NAME United States v. Amore | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Providence | 14. STATE Rhode Island |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | Hearing on Motion to Compel | |
| [ ] OPINION OF COURT | | and Motions to Dismiss | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [ ] | NO. OF COPIES 1 | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
| --- | --- | --- |
| 18. SIGNATURE /s/ Christopher J. Gardner | PROCESSED BY | |
| 19. DATE 3/27/2027 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| ORDER RECEIVED | DATE | BY | | |
| --- | --- | --- | --- | --- |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY