## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GREGG M. AMORE, in his official capacity as Secretary of State of Rhode Island,<br><br>Defendant. | CASE NO: 1:25-cv-00639-MSM-PAS<br><br>CLARIFICATION OF RECORD |

## NOTICE OF CLARIFICATION

The Court heard argument in this matter on the Defendants' Motions to Dismiss and the United States' Motion to Compel Production of Documents on March 26, 2026. During argument, the Court asked the United States about what actions, if any, had been taken with the nonpublic voter registration data already in its possession.[1] The United States represented that each data set was stored separately. The United States also stated that no analysis had yet been conducted on the data. To correct and clarify the record, preliminary internal data analysis of the nonpublic voter registration data has begun. In particular, Civil Rights Division

---

[1] The language used by the Court and the following responses are paraphrased. The United States has ordered a transcript of the proceedings, however it is not available as of this filing. This filing is made without the aid of the transcript as the Court indicated a ruling would quickly issue.

has begun the process of identifying and quantifying the number and type of duplicate and deceased registered voters in each state.  The United States continues to keep each data set stored separately. It also has not shared the information with any other agency.

DATED: March 27, 2026.                    Respectfully submitted,

                                          HARMEET K. DHILLON
                                          Assistant Attorney General
                                          Civil Rights Division

                                          ROBERT J. KEENAN
                                          Acting Deputy Assistant Attorney General
                                          Civil Rights Division

                                          ERIC V. NEFF
                                          Acting Chief, Voting Section
                                          Civil Rights Division


                                          /s/ Christopher J. Gardner
                                          CHRISTOPHER J. GARDNER
                                          Trial Attorneys, Voting Section
                                          Civil Rights Division
                                          U.S. Department of Justice
                                          4 Constitution Square
                                          150 M Street NE, Room 8.141
                                          Washington, D.C. 20002
                                          Telephone: (202) 704-5430
                                          Email: Christopher.Gardner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Christopher J. Gardner
CHRISTOPHER J. GARDNER
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Christopher.Gardner@usdoj.gov