**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>GREGG M. AMORE, in his official capacity as Secretary of State for the State of Rhode Island,<br><br>　　　Defendant. | Case No. 1:25-cv-00639<br>(Hon. Mary McElroy) |

**COMMON CAUSE INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors Common Cause, Catherine Saunders, Stuart Waldman, and Julia Sanches hereby submit this Notice of Supplemental Authority regarding a decision in one of the other cases that the United States has filed against state and local elections officials, demanding the production of states' full and unredacted voter files pursuant to Title III of the Civil Rights Act of 1960 ("CRA").

On April 9, 2026, the U.S. District Court for the District of Massachusetts entered an order in one of those cases denying the United States' motion to compel, and granting Defendant and Intervenors' motions to dismiss the United States' complaint. *See United States v. Galvin*, No. 25-13816-LTS, ECF No. 92 (D. Mass Apr. 9, 2026). The Court's order is appended.

The Massachusetts district court determined that the United States's demand for Massachusetts's complete and unredacted voter file under the CRA was "facially inadequate" due to its total failure to set forth "the basis" for the demand in writing, as required by the statute, 52 U.S.C. § 20703. Order at 5-12. The court noted that the United States's demand, even if construed broadly to encompass all of its correspondence with Massachusetts's Secretary of State, did not

1

"use the word 'basis' or any equivalent phrase" and did not identify any "requirements of federal law with which Massachusetts had, or was suspected to have, failed to comply."  Order at 9.

The same is true here.  Accordingly, the Massachusetts district court's decision strongly supports rejection of the United States' motion to compel and the dismissal of the complaint in this action.

Dated: April 9, 2026                              Respectfully submitted,

                                                  /s/_____Ari Savitzky_____

Lynette Labinger (Bar No. 1645)                   Ari J. Savitzky*
LYNETTE LABINGER, ATTORNEY AT LAW                 William Hughes*
128 Dorrance Street, Box 710                      Theresa J. Lee*
Providence, RI 02903                              Sophia Lin Lakin*
*Cooperating counsel, American Civil Liberties*   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
*Union Foundation of Rhode Island*                125 Broad Street, 18th Floor
401-465-9565                                      New York, NY 10004
LL@labingerlaw.com                                Tel.: (212) 549-2500
                                                  asavitzky@aclu.org
                                                  whughes@aclu.org
                                                  tlee@aclu.org
                                                  slakin@aclu.org

                                                  Patricia Yan*
                                                  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                                  915 15th Street NW
                                                  Washington, DC 20005
                                                  Tel.: (202) 457-0800
                                                  pyan@aclu.org

                                                  * *admitted pro hac vice*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 9, 2026, I served this Notice of Supplemental Authority on all parties in this matter via the CM/ECF system.

Dated: April 9, 2026                    Respectfully submitted,

<u>/s/ Ari J. Savitzky</u>
Ari J. Savitzky

*Counsel for Intervenors Common Cause,*
*Catherine Saunders, Stuart Waldman, and*
*Julia Sanches*