UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>     v.<br><br>Gregg Amore<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)     C.A. No. 1:25-CV-00639-MSM<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 4/17/2026.

Enter:
/s/ C. Potter
Deputy Clerk
Dated 4/22/2026