# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) | |
| *Plaintiff*, | | |
| v. | ) ) ) | Case No. 1:25-cv-639-MSM-PAS |
| GREGG M. AMORE, in his official capacity as Secretary of State of Rhode Island, | ) ) ) ) ) | |
| *Defendant*. | ) ) ) | |

## NOTICE OF APPEAL

Plaintiff, UNITED STATES OF AMERICA, by and through the Attorney General, appeals to the United States Court of Appeals for the First Circuit from this Court's Order Denying the United States' Motion to Compel and Granting Defendant's Motion to Dismiss and Intervenors' Motions to Dismiss (ECF 51) and final judgment (ECF 52) entered in this action on April 17, 2026, and April 22, 2026, respectively.

Dated: June 3, 2026

Respectfully submitted,

1

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section

*/s/ Christopher J. Gardner*
CHRISTOPHER J. GARDNER
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street, Room 8th Floor
Washington, D.C. 20002
Christopher.Gardner@usdoj.gov
Tel. (202) 812-2631
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ Christopher J. Gardner
CHRISTOPHER J. GARDNER
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, 8th Floor
Washington, D.C. 20002
Telephone: (202) 812-2631